**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, Petitioner | : | No. 3109 Disciplinary Docket No. 3 |
| v. | : | No. 37 DB 2025 |
| | : | Attorney Registration No. 94221 |
| BRIAN DOOLEY KENT, Respondent | : | (Philadelphia) |

**ORDER**

**PER CURIAM**

**AND NOW,** this 23rd day of May, 2025, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Brian Dooley Kent is suspended on consent from the Bar of this Commonwealth for a period of three years, with one year to be served. The remaining suspension period is stayed, and he is placed on probation for two years, subject to the following conditions:

1. Respondent shall undergo counseling throughout the three-year period of his suspension, on at least a monthly basis or as prescribed by his mental health professional;
2. Respondent shall cooperate with the directions of the mental healthcare professional supervising his treatment;
3. Respondent shall file quarterly written reports with the Board Prothonotary, which shall reflect his continued compliance with these conditions, and shall attach reports from his mental healthcare professional verifying the above counseling and treatment; and

4. Respondent shall not commit any violations of the Rules of Professional Conduct or Rules of Disciplinary Enforcement.

Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

A True Copy Nicole Traini
As Of 05/23/2025

Attest: Nicole Traini
Chief Clerk
Supreme Court of Pennsylvania