BrotmanLaw PLLC

Ellen C. Brotman, Esq.

300 New Jersey Ave NW, Suite 300
Washington, DC 20001

834 Chestnut Street, Suite 206
Philadelphia, PA 19107

D: 484-614-8523 F: 484-930-0595
E: ebrotman@ellenbrotmanlaw.com
W: ellenbrotmanlaw.com

June 25, 2025

Honorable Judge Renee Marie Bumb
United States District Court for the
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

Re: Brian Dooley Kent

Dear Judge Bumb,

This is to advise the Court that the above-referenced attorney, Brian Dooley Kent, was suspended for a period of three years, with two years stayed by the Supreme Court of Pennsylvania, Order attached. The Order is effective June 23, 2025.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me.

Sincerely,

Ellen Brotman

Ellen C. Brotman, Esq.