UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                  :

BRIAN DOOLEY KENT                 :          8:25-cv-12187-RMB

An Attorney-at-Law                :             O R D E R

It appearing that respondent, BRIAN DOOLEY KENT, was ordered to show cause before this Court by Monday, August 04, 2025, why reciprocal discipline should not be imposed, pursuant to L. Civ. R. 104.1(b)(4), by suspending respondent from the practice of law before this Court for a period of one year, and until further order of the Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by, or on behalf of, the respondent;

And good cause appearing,

It is on this ___12ᵗʰ___, day of _August_____, 2025,

ORDERED that reciprocal discipline is imposed, pursuant to L. Civ. R. 104.1(b)(4), and that BRIAN DOOLEY KENT, be and he hereby is suspended from the practice of law before this Court for a period of one year, and until further order of the Court; and it is further

ORDERED that BRIAN DOOLEY KENT, be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

_____

HON. RENÉE MARIE BUMB
Chief Judge